AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Maine

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1:23-mj-00080-JCN
IN THE MATTER OF THE SEARCH OF A PARCEL )
ADDRESSED TO BRANDON MURRAY BEARING )
TRACKING NUMBER 9505 5150 7278 3088 9505 19 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of __Maine__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before __April 25, 2023__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __U.S. Magistrate Judge John C. Nivison__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11:38 am, Apr 11 2023__                              _/s/ John C. Nivison_
                                                                             *Judge's signature*

City and state:  __Bangor, ME__                                              John C Nivison  U.S. Magistrate Judge
                                                                             *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:23-mj-00080-JCN | Date and time warrant executed: APRIL 11, 2023 @ 12:28p | Copy of warrant and inventory left with: US Postal Service - Portland |

Inventory made in the presence of:
EMILY SPERA + BRYAN WILMOT - US POSTAL INSPECTORS

Inventory of the property taken and name(s) of any person(s) seized:

1) Priority Mail box bearing tracking # 9505 5150 7278 3088 9505 19

2) Internal Wrappings: Birthday wrapping paper, packing peanuts, Plastic storage bin, Syran wrap, black paper, black vacuum seal bag, packing tape

3) 2098 grams, when weighed in packaging, of a white powdery substance that field-tested positive for cocaine.

[signature] 4-11-2023

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 11, 2023

[signature]
Executing officer's signature

EMILY SPERA, US POSTAL INSPECTOR
Printed name and title